■ DAVID JACKSON, Respondent-Appellant, v INCORPORATED VILLAGE OF HOOSICK FALLS et al., Appellants-Respondents. [722 NYS2d 776] —Cross appeals from an order of the Supreme Court (Ceresia, Jr., J.), entered January 14, 2000 in Rensselaer County, which, inter alia, partially granted plaintiff's motion to amend the complaint.

Order affirmed, upon the opinion of Justice George B. Ceresia, Jr.

Mercure, J. P., Spain, Carpinello, Rose and Lahtinen, JJ., concur. Ordered that the order is affirmed, without costs.